J. H. M. REALTY CORP., *ET AL.* v. TOWN OF BELLEVILLE.

May 2, 1972.  Petition for certification granted.

STATE OF NEW JERSEY v. JOAN PAULINE KING.

May 2, 1972.  Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM C. PAVEL, JR.

May 2, 1972.  Petition for certification denied.